IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIMAL NAND REDDY, | 1:06-CV-0639 OWW LJO HC |
| Petitioner, | |
| vs. | |
| JAMES YATES, Warden, | |
| Respondent. | ORDER OF TRANSFER |

Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28 U.S.C. § 2254, together with payment of the sum of $5.00 as the filing fee for the petition for writ of habeas corpus. In addition, petitioner has submitted a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

In this case, the petitioner is challenging a conviction from San Mateo County, which is in the Northern District of California. Therefore, the petition should have been filed in the United States

1 District Court for the Northern District of California. In the interest of justice, a federal court may
2 transfer a case filed in the wrong district to the correct district. <u>See</u> 28 U.S.C. § 1406(a); <u>Starnes v.</u>
3 <u>McGuire</u>, 512 F.2d 918, 932 (D.C. Cir. 1974).

4     Accordingly, IT IS HEREBY ORDERED that:

5     1. This court will not rule on petitioner's request to proceed in forma pauperis.

6     2. This matter is transferred to the United States District Court for the Northern District of
7 California.

9 IT IS SO ORDERED.

10 **Dated:   June 14, 2006**                         /s/ Lawrence J. O'Neill
    23ehd0                                       UNITED STATES MAGISTRATE JUDGE